UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA JONES as Special Administrator of the Estate of Suzanne Anderson, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS B. RADEY Clerk's Entry of Default 12/10/2021, <br><br> Defendant. | ) ) ) ) ) ) ) No. 1:21-cv-00163-JPH-TAB ) ) ) ) ) ) |

**FINAL JUDGMENT**

Judgment in favor of Plaintiff, Angela Jones, Special Administrator of the Estate of Suzanne Anderson, is hereby entered against Defendant, Thomas B. Radey, in the amount of $334,519.61.

Date: 10/4/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _*Pam Pope*_
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel.